**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6384

TRAVIS L. WATSON,

Plaintiff - Appellant,

v.

OFFICER ENGLAND, f/k/a Ms. Felder,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:19-cv-00945-WO-LPA)

Submitted:  August 29, 2023                          Decided:  September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis L. Watson, Appellant Pro Se.  Kathleen E. Carroll, James Demarest Secor, III, GUILFORD COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis L. Watson appeals the district court's judgment in favor of Officer England on Watson's claims brought pursuant to 42 U.S.C. § 1983. The record does not contain a transcript of the trial. An appellant has the burden of including in the record on appeal a transcript of all parts of the proceedings material to the issues raised on appeal. Fed. R. App. P. 10(b); 4th Cir. R. 10(c). An appellant proceeding on appeal in forma pauperis is entitled to transcripts at government expense only in certain circumstances. 28 U.S.C. § 753(f). By failing to produce a transcript or to qualify for the production of a transcript at government expense, Watson has waived review of the issues on appeal that depend upon the transcript to show error. *See generally* Fed. R. App. P. 10(b)(2); *Keller v. Prince George's Cnty.*, 827 F.2d 952, 954 n.1 (4th Cir. 1987). As no error appears on the record before us, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*